Argued December 3—decided December 3, 1974

YORK RESEARCH CORPORATION *v.* HARRELL CORPORATION

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Superior Court in Fairfield County at Stamford

with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance by counsel for either party.

Decided December 3, 1974